OPINION — AG — ** CONSTITUTIONALITY OF STATUTE — POLICE PENSION PLAN — ELIGIBILITY OF MEMBERSHIP ** 11 O.S. 1971 541 [11-541] OKLAHOMA STATUTES AND PARTICULARLY THE PROVISO THEREOF WHICH RESTRICTS ELIGIBILITY FOR ACCEPTANCE FOR PENSION PLAN MEMBERSHIP TO POLICE OFFICERS BETWEEN THE AGES OF TWENTY ONE AND THIRTY FIVE, INCLUSIVE, IS CONSTITUTIONAL. CITE: OPINION NO. 69-360, OPINION NO. 71-130 (WILLIAM DON KISER)